IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH STEWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  4:19-cv-0598-P |
| | § | |
| JUDITH WELLS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 24), filed May 26, 2020 and Plaintiff Elizabeth Stewart's ("Plaintiff") Objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 25), filed June 9, 2020.

Plaintiff has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation, which the Court has liberally construed in light of Plaintiff's *pro se* status.  Following a *de novo* review, the Court **OVERRULES** the Objections, as none of the Objections alters the Magistrate Judge's findings and conclusion the Court should dismiss Plaintiff's Complaint because she lacks standing to challenge the "best interest" standard and because the Court should abstain from considering her remaining claims for injunctive and declaratory relief under the *Younger* doctrine.

After conducting a *de novo* review of all relevant matters of record in this case and the applicable law, the Court determines that the Findings and Conclusions of the

Magistrate Judge are correct, and they are **ACCEPTED** as the Findings and Conclusions of the Court. Accordingly, the Court finds that the County Defendants' Motion to Dismiss (ECF No. 11) and the State Defendants' Motion to Dismiss (ECF No. 13) should be and hereby are **GRANTED**. It is **FURTHER ORDERED** that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED** on this **12th day** of **June, 2020**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE